**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------X

DAVID J. O.,

Plaintiff,

25 **CIVIL** 03486 (CS)(JCM)

-against-

**JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion and Order dated August 24, 2026, Plaintiff's motion for judgment on the pleadings is denied. Defendant's request to affirm the decision of the Commissioner is granted; accordingly, this case is closed.

**Dated:** New York, New York

August 25, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**